THE ATTORNEY-GENERAL *v.* THE CONTINENTAL LIFE INSURANCE COMPANY.

(Argued June 18, 1884; decided June 27, 1884.)

*John C. Keeler* for appellant.

*Raphael J Moses, Jr.,* for respondent.

Agree to affirm; no opinion.

All concur, except RUGER, Ch. J., RAPALLO and EARL, JJ., dissenting.

Order affirmed.

---

MARY F. ROGERS, Respondent, *v.* SARAH JAMES et al., Respondents, EDWARD F. JAMES, Purchaser, etc., Appellant.

(Submitted June 19, 1884; decided June 27, 1884.)

*E. H. Benn* for appellant.

*Will Man* for respondent.

Agree to affirm; no opinion.

All concur.

Order affirmed.

---

CHRISTINE ERICKSON, an Infant, by Guardian, etc., Respondent, *v.* GONZALO POEY et al., Appellants.

(Submitted June 17, 1884; decided June 27, 1884.)

*Emmet R. Olcott* and *R. Floyd Clarke* for appellants.

*J. Edward Swanstrom* for respondent.

Agree to affirm; no opinion.

All concur.

Order affirmed.